# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. HOME ENTERTAINMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> FILMANDMUSICUSA, LLC; PAWEL KUZNICKI; KULESZA KRZYSZTOF, <br><br> Defendants. | NO. CV 13-00874 SJO (JCx) <br><br> **JUDGMENT** |

This matter came before the Court on Plaintiff Warner Bros. Home Entertainment Inc.'s ("Plaintiff") Motion for Entry of Default Judgment ("Motion"). After full consideration of all admissible evidence and documents submitted, the Court granted Plaintiff's Motion against Defendants FilmAndMusicUSA, LLC, Pawl Kuznicki, and Kulesza Krzysztof ("Defendants").

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. Default judgment shall be entered against Defendants on Plaintiff's copyright infringement claim, in the amount of $9,000 in statutory damages.

2. Interest shall accrue on the total judgment amount of $9,000, in accordance with 28 U.S.C. § 1961(a).

3. Defendants, their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with said Defendants, are immediately and permanently enjoined from directly or indirectly infringing the Warner Bros. Works in any manner, including generally, but not limited to:

(a) Reproducing, distributing, shipping, selling, or offering for sale unauthorized copies, in any format, of any of the Warner Bros. Works;

(b) Aiding or abetting the reproduction, distribution, shipment, sale, or offer for sale of any unauthorized copies of any of the Warner Bros. Works; or

(c) Marketing, advertising, and/or promoting any unauthorized copies of the Warner Bros. Works.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: August 20, 2013.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE